*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSTY LUGO, | ) | No. C 09-0654 RMW (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| OFFICER RAMIREZ, | ) | |
| Defendant. | ) | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against the California Department of Corrections and Rehabilitation employee, Officer Ramirez, in Vacaville. The acts complained of occurred in Vacaville and the defendant is located at California Medical Facility in Vacaville, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 3/16/09

RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.Rmw\CR.09\Lugo654trans.wpd    1